UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT LELAND STANFORD and CLAUDETTE WOOD STANFORD, aka CLAUDETTE STANDFORD, | Case No. 2:11-bk-27993-BKM |
| Debtors. | |
| UNITED STATES, | Adversary No. 2:12-ap-02076-BKM |
| Plaintiff, | |
| vs. | |
| ROBERT LELAND STANFORD, MICHAEL KIM BLOOMQUIST, KEVIN BLOOMQUIST, WESTERN BANKING TRUST, BERRIDGE TRUST, CBS TRUST, M.C. RANCH LT 41, M.C. RANCH LT 31, CENTURY 2000 TRUST, WESTERN FINANCIAL SERVICES INC., WESTERN INVESTMENTS INC., PINNACLE INVESTMENT, STANLEY T STANFORD, as Trustee of the Century 2000 Trust, MARICOPA COUNTY ASSESSOR, SRM FINANCIAL LTD, and DOUGLAS J. CARPA, | |
| Defendants. | |
| UNITED STATES, | Adversary No. 2:12-ap-00583-BKM (Consolidated) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ADVERSARY CASES WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | ROBERT LELAND STANFORD and )<br>CLAUDETTE WOOD STANFORD )
| 2 | )<br>              Defendants. )
| 3 | _____ )

At a status hearing on September 22, 2015, the Court notified the parties that to the extent they wished this case dismissed with prejudice, additional briefing was to be filed no later than October 22, 2015. See minute entry at docket 97. In review of the docket the Court finds no such pleadings have been filed. Accordingly,

**IT IS ORDERED** dismissing the consolidated adversary cases without prejudice. The Clerk shall close the files.

ORDERED ACCORDINGLY.

Copies emailed this 28th
day of October, 2015, to:

G. Patrick Jennings
U.S. DEPARTMENT OF JUSTICE
TRIAL ATTORNEY TAX DIVISION
P.O. Box 683
Washington, DC 20044-0683
Email: guy.p.jennings@usdoj.gov
Attorneys for Plaintiff

Daniel J. McCauley, III
MCAULEY LAW OFFICES, P.C.
6638 E. Ashler Hills Drive
Cave Creek, AZ 85331
Email: dan@mlo-az.com
Attorney for Defendant Robert Stanford

Cynthia L. Johnson
JOHNSON & KINNEY, PLLC
8145 N. 86th Place
Scottsdale, AZ 85258
Email: cynthia@jsk-law.com
Attorneys for Michael Bloomquist

By:/s/Rachael M. Stapleton
     Judicial Assistant